THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0829-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A status conference was scheduled in this matter for November 13, 2018 at 9:00 a.m. Plaintiff failed to appear at the status conference. No later than November 23, 2018, Plaintiff is ORDERED to show cause why sanctions should not be imposed and why the amended complaint should not be dismissed for lack of prosecution.

DATED this 13th day of November 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0829-JCC
PAGE - 1