THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0829-JCC |
| Plaintiff, | ORDER |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

This matter comes before the Court *sua sponte*. A status conference was scheduled for this case on November, 13 2018. (Dkt. No. 22). Plaintiff failed to appear, and the Court issued an order to show cause why the case should not be dismissed for failure to prosecute. (Dkt. No. 21.) Plaintiff has not responded to the Court's order to show cause. Pursuant to Federal Rule of Civil Procedure 41(b), the complaint is DISMISSED without prejudice.

DATED this 27th day of November 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0829-JCC
PAGE - 1