THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONTE McCLELLON,

CASE NO. C18-0829-JCC

      Plaintiff,

MINUTE ORDER

  v.

BANK OF AMERICA, N.A.,

      Defendant.

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 32). The motion is DENIED. (*See* Dkt. Nos. 28, 31.) The Court will not consider any future motions for reconsideration in this case.

DATED this 7th day of March 2019.

                          William M. McCool
                          Clerk of Court

                          s/Tomas Hernandez
                          Deputy Clerk