UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONTE MCCLELLON,

          Plaintiff,

v.

BANK OF AMERICA, N.A.,

          Defendant.

CASE NO. C18-0829-JCC

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff's motion to proceed *in forma pauperis* (IFP) on appeal (Dkt. 35) is deficient. Pursuant to Federal Rule of Appellate Procedure (FRAP) 24(a)(1)(A), plaintiff must submit an affidavit showing "in the detail prescribed by Form 4 of the Appendix of Forms" to the FRAP his inability to pay fees and costs. Plaintiff is directed to complete and return Form 4 within **twenty (20) days** of the date of this Minute Order. Failure to comply may result in denial of the IFP motion. The Clerk is directed to send copies of this Minute Order and a copy of Form 4 to plaintiff.

DATED this <u>4th</u> day of April, 2019.

          WILLIAM M. MCCOOL, Clerk

          By:   <u>s/ Tomas Hernandez</u>
                 Deputy Clerk